UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYRIL SHEPPARD,<br><br>                                    Plaintiff,<br><br>           -against-<br><br>DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>                                    Defendants. | 20-CV-9405 (CM)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued December 15, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 15, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge