UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cyril Sheppard,

                Plaintiff,

-against-

Department of Corrections, et al.,

                Defendants.

1:20-cv-09405 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

As Defendants have indicated that Plaintiff has been released from custody (*see* Letter Motion, ECF No. 24), it is hereby Ordered that, no later than Thursday, July 1, 2021, counsel for Defendants shall file a letter providing any updated contact information for Plaintiff, including his current address and/or telephone number. In addition, by the same date, Defendants shall file proof of service of the Answer on Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              June 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge