UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cyril Sheppard,

                              Plaintiff,

      -against-

Department of Corrections, et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021

1:20-cv-09405 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on August 5, 2021, the Court scheduled a conference for today at 11:00 a.m. (*see* 8/5/2021 Order, ECF No. 32); and

WHEREAS, Plaintiff did not appear for the conference at the scheduled time, but at approximately 11:30 a.m. dialed in to the Court's conference line with the intent to participate in the conference; and

WHEREAS, the Court informed Plaintiff that it would reschedule the telephone conference for October 27, 2021 at 11:00 a.m.

NOW, THEREFORE, it is hereby ORDERED that the parties are directed to appear for a telephone conference in this action on October 27, 2021 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Plaintiff is reminded that failure to appear for the conference may result in the imposition of sanctions up to and including a recommendation that his case be dismissed for failure to prosecute.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
         September 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge