UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
CYRIL SHEPPARD,       :
       :
       Plaintiff,       :
       :   20 Civ. 9405 (JPC) (SDA)
   -v-       :
       :   ORDER
DEPARTMENT OF CORRECTIONS *et al.*,       :
       :
       Defendants.       :
       :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 3, 2021, Magistrate Judge Stewart D. Aaron issued a Report and Recommendation ("R&R"), recommending that this action be dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Dkt. 34. The R&R stated that, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of the R&R to file written objections. *Id.* at 6. Thus, objections were due November 20, 2021. *See* Fed. R. Civ. P. 6(d) (adding three additional days when service is made by mail).

To date, Plaintiff has not filed any objections and the docket does not appear to reflect that the R&R was mailed to Plaintiff. Accordingly, it is hereby ordered that Plaintiff shall have until December 9, 2021 to file objections to Magistrate Judge Stewart's R&R. Defendants shall have until December 23, 2021 to file responses to Plaintiff's objections, if any. The Clerk of Court is respectfully directed to mail a copy of this Order and the R&R, Dkt. 34, to Plaintiff.

    SO ORDERED.

Dated: November 22, 2021
      New York, New York                     _____
                                                          JOHN P. CRONAN
                                                      United States District Judge